

30 South Pearl Street, Suite 901
Albany, NY 12207-3492

p: 518-396-3100  f: 518-396-3101
hinckleyallen.com

**Christopher V. Fenlon, Esq.**
cfenlon@hinckleyallen.com

February 12, 2025

**VIA ECF & EMAIL**
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Reid v. Dreams USA, Inc.*, Case No. 1:25-cv-00266-FB-LKE (E.D.N.Y.)

Your Honor:

    I represent Defendant Dreams USA, Inc. in this matter. I write with the consent of Plaintiff to inform the Court that the parties have reached a settlement, and to request that Plaintiff's deadline to answer be extended from February 14, 2025 to March 14, 2025, so that the parties can negotiate and execute a settlement agreement. This is the first request for an extension of this deadline in this Court.

    Thank you for your attention to this matter.

    Very truly yours,

    **HINCKLEY, ALLEN & SNYDER LLP**

    */s/ Christopher V. Fenlon*

    Christopher V. Fenlon

cc:    Dan Shaked, Esq.